(November 3, 1975)

■ In the Matter of MANUEL NELSON ZAPATA, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Markewich, J. P., Lupiano, Tilzer and Capozzoli, JJ.

(November 6, 1975)

■ In the Matter of ARTHUR PURO, Appellant, v LOUIS PURO, Respondent.—Judgment, Supreme Court, New York County, entered on December 17, 1974, unanimously affirmed on opinion of Asch, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Lupiano and Capozzoli, JJ.